**FILED**
**MAR 1 - 2006**
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. **3:06CR54-MEF** |
| ) | [18 USC 922(g)(1)] |
| SALLEY WHALEY HOGAN, a/k/a ) | |
| SALLY RUTH HOGAN, a/k/a ) | |
| SALLY RUTH BLEDSOE, a/k/a ) | **INDICTMENT** |
| SALLY BLEDSOE REAVES ) | |

**The Grand Jury charges:**

### COUNT 1

On or about November 23, 2004, in Chambers County, within the Middle District of Alabama, the defendant,

> SALLEY WHALEY HOGAN, a/k/a
> SALLY RUTH HOGAN, a/k/a
> SALLY RUTH BLEDSOE, a/k/a
> SALLY BLEDSOE REAVES,

having been convicted on or about July 17, 1996, of a felony, namely, Possession/Receipt of a Controlled Substance (CC 1996-000290), in the Circuit Court of Chambers County, and on or about April 16, 2003, of a felony, namely, Possession/Receipt of a Controlled Substance (CC 2003-000100), in the Circuit Court of Chambers County, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce a firearm, namely, a North American Arms, .22 Revolver (Derringer), Serial Number D72017, and ammunition, better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

A.   Count 1 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violations of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 and 2 of this indictment the defendant,

> SALLEY WHALEY HOGAN, a/k/a
> SALLY RUTH HOGAN, a/k/a
> SALLY RUTH BLEDSOE, a/k/a
> SALLY BLEDSOE REAVES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

> a North American Arms, .22 Revolver (Derringer), Serial Number D72017.

C.   If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

> (1)   cannot be located upon the exercise of due diligence;
>
> (2)   has been transferred, sold to, or deposited with a third person;
>
> (3)   has been placed beyond the jurisdiction of the court;
>
> (4)   has been substantially diminished in value; or,
>
> (5)   has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of

2

Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature: Jaynne D Gilbert]*
Foreperson

*[signature: John T Harmon]*
John T. Harmon
Assistant United States Attorney

*[signature: Clark Morris for]*
Todd A. Brown
Assistant United States Attorney

3