IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 3:06cr54-MEF
SALLEY WHALEY HOGAN )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _____Salley Whaley Hogan_____, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

March 15, 2006
**DATE**

*[signature: Sally Hogan]*
**DEFENDANT**

*[signature: Patricia Kemp]*
**ATTORNEY FOR DEFENDANT**