**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 3-15-2006
**DIGITAL RECORDING:** 4:07 - 4:21 pm
**COURT REPORTER:**

☑ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** DRB   **DEPUTY CLERK:** sql
**CASE NUMBER:** 3:06cr54-MEF   **DEFENDANT NAME:** Salley Whaley HOGAN
**AUSA:** Brown   **DEFENDANT ATTORNEY:** Kemp

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (✓)NO; ( )YES   **Name:** KARS; 3-15-06

---

☑ This is defendant's **FIRST APPEARANCE.**
☑ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☑ **ORAL ORDER appointing Federal Public Defender.** Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☑ **Not Guilty**
   ☐ **Guilty as to:**
      ☐ Count(s):
      ☐ Count(s):   ☐ **dismissed on oral motion of USA**
                     ☐ **to be dismissed at sentencing**

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** _____.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:** 3-15-06
☑ **ORDER:** Defendant continued under ☐ ~~same~~ bond; ☐ summons; for:
      ☑ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel