IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CASE NO: 3:06-CR-54-MEF |
| | ) |
| **SALLEY WHALEY HOGAN** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **SALLEY WHALEY HOGAN** in the above-styled matter.

Dated this 21st day of March 2006.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CASE NO: 3:06-CR-54-MEF |
| | ) |
| **SALLEY WHALEY HOGAN** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

  **s/Christine A. Freeman**
  **CHRISTINE A. FREEMAN**
  **TN BAR NO.: 11892**
  Attorney for Defendant
  Federal Defenders
  Middle District of Alabama
  201 Monroe Street, Suite 407
  Montgomery, AL 36104
  TEL: (334) 834-2099
  FAX: (334) 834-0353
  E-Mail: Christine_Freeman@fd.org