IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-54-MEF |
| | ) | |
| **SALLEY WHALEY HOGAN** | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Kent B. Brunson, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 27th of June, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent. B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. 3:06-cr-54-MEF |
| | ) |
| SALLEY WHALEY HOGAN | ) |

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Christine Freeman.

                                                    LEURA GARRETT CANARY
                                                    UNITED STATES ATTORNEY

                                                    /s/ Kent B. Brunson
                                                    KENT B. BRUNSON
                                                    Assistant United States Attorney
                                                    One Court Square, Suite 201
                                                    Montgomery, AL 36104
                                                    Phone: (334)223-7280
                                                    Fax: (334)223-7135
                                                    E-mail: kent.brunson@usdoj.gov