IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-054-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set for the September 11, 2006 criminal term is continued to the September 18, 2006 criminal term.

DONE this 29th day of June, 2006.

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE