# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☒ Eastern

HON. Delores Boyd    AT Montgomery, Alabama

DATE COMMENCED 7-17-2006    @ 11:19 ☒ a.m. ☐ p.m

DATE COMPLETED 7-17-2006    @ 11:31 ☒ a.m. ☐ p.m

CASE NO. 3:06CR54-MEF

UNITED STATES OF AMERICA    VS.    SALLEY WHALEY HOGAN
Plaintiff(s)                            Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: Kent Brunson

Defendant(s): Christine Freeman

## COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

## PROCEEDINGS:

- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Oral Argument
- ☐ Evidentiary Hrg.
- ☐ Revocation
- ☐ Scheduling Conf.
- ☐ Show Cause
- ☐ Settlement Conference
- ☐ Telephone Conf.
- ☐ Sentencing
- ☐ Non-Jury Trial
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Other

☒ **Pretrial Conference**

Pending Motions: Suff.
Discovery Status: OK
Plea Status: Cont.
Trial Status/Length: 1 Day
Trial Term: 9-18-06