IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-054-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

## ORDER

Pursuant to the Defendant's *Motion to Suppress and Citations of Authority*, filed July 13, 2006 (Doc. 14), it is, for good cause,

**ORDERED** that an evidentiary hearing is set at **1:30 p.m.** on **August 23, 2006,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama. It is further **ORDERED** that the United States shall file a response to the motion on or before **August 9, 2006.** If the Defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Done this 18th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE