IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on July 17, 2006, before the undersigned Magistrate Judge, were Christine Freeman, Federal Defender, defense counsel, and Assistant United States Attorney, Kent Brunson, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **September 18, 2006.** The trial of this case is set for the **trial term commencing on September 18, 2006**, before Chief United States District Judge Mark E. Fuller and is expected to last one trial day.

2. Currently pending is a *Motion to Suppress and Citations of Authority*, filed July 13, 2006 (Doc. 14).

3. Proposed **voir dire questions** shall be filed on or before **September 11, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **September 11, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

5. **Proposed jury instructions** shall be filed on or before **September 11, 2006**.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless **notice is filed on or before noon on September 6, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on September 18, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on September 18, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 18th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE