IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 3:06-CR-54-MEF** |
| | ) | |
| **SALLEY WHALEY HOGAN** | ) | |

### Witness and Exhibit List

**Potential Witnesses**

Balinda Baxter Saylor
Jerome Bailey
Salley W. Hogan
Demetrius Dowdell
Theron Jackson

**Potential Exhibits**

1. Report by Theron Jackson
2. Narrative Report by Jerome Bailey
3. Uniform Arrest Report by Jerome Bailey
4. police form - 2:42 p.m.
5. police form - 3:00 p.m.
6. Consent to Search Form
7. Traffic Violation Warning

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                                                                  s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org