IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

### UNOPPOSED MOTION TO SCHEDULE TRIAL DATE IN DECEMBER

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to set this matter for trial from the September 18, 2006 to the December 2006 trial docket.

In support of this Motion, defendant would show:

1. A Waiver of Right to Speedy Trial is attached to this motion.

2. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

3. This scheduling is necessary for effective preparation of an adequate defense and for full consideration by the Court of the pending Motion to Suppress.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

>                    s/Christine A. Freeman
>                    **CHRISTINE A. FREEMAN**
>                    **TN BAR NO.: 11892**
>                    Attorney for Defendant
>                    Federal Defenders
>                    Middle District of Alabama
>                    201 Monroe Street, Suite 407
>                    Montgomery, AL 36104
>                    TEL:  (334) 834-2099
>                    FAX:  (334) 834-0353
>                    E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of her right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives her right to a speedy trial from the September 18, 2006 trial term until the December 2006 trial term.

_8/23/06_
Date

_Salley W Hogan_
Salley W. Hogan

_23 Aug 2006_
Date

_[signature] for Christine Freeman_
Attorney for Salley W. Hogan