IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __EASTERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __8-23-2006__ AT __1:33__ A.M./**P.M.**

DATE COMPLETED __8-23-2006__ AT __3:03__ A.M./**P.M.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | (Criminal) |
| ) | Case No. 3:06CR54-MEF |
| SALLEY WHALEY HOGAN ) | x(Civil)x |
| ) | |

~~PLAINTIFF~~/GOVERNMENT ) DEFENDANT

Kent Brunson                    Christine Freeman

COURT OFFICIALS PRESENT

S. Q. Long, Jr., Clerk

Jimmy Dickens, Reporter                 Michele Dearing, Law Clerk

PROCEEDINGS

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __EVIDENTIARY HEARING ON DEFT'S MOTION TO SUPPRESS__

1:33pm: Court convenes. Testimony taken.
2:55pm: Arguments to the Court.
3:__ pm: Court is recessed.