| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | |
|---|---|---|---|---|---|
| **WITNESS AND EXHIBIT RECORD** | | | | | |

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER | |
|---|---|---|---|---|---|
| 08/23/2006 | 3:06CR54-MEF | S. Q. Long, Jr. Clerk | | 1 | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Jerome Bailey | Branson | Freeman | Brunson | Freeman | Boyd |
| Balinda Saylor | Freeman | Brunson | | | /11 |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |