|  | GOVERNMENT'S<br>EXHIBITS |  |  |  |  | UNITED STATES<br>VS.<br>SALLEY HOGAN<br><br>CASE NO. 3:06CR54-MEF |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 8-23-06 | 8-23-06 | 1 | Bailey |  | Traffic Violation Warning |
| Yes | " | " | 2 | " |  | Consent to search Motor Vehicle |
| Yes | " | " | 3 | " |  | Advice of Rights form |
| Yes | " | " | 4 | " |  | Voluntary Statement |