IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

DEFENDANT'S **Witness and Exhibit List**

**Potential Witnesses**

Balinda Baxter Saylor
Jerome Bailey
Salley W. Hogan
Demetrius Dowdell
Theron Jackson

**Potential Exhibits**

1. Report by Theron Jackson
2. Narrative Report by Jerome Bailey [yes]
3. Uniform Arrest Report by Jerome Bailey [yes]
4. police form - 2:42 p.m.
5. police form - 3:00 p.m.
6. Consent to Search Form
7. Traffic Violation Warning

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353