IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-054-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

### ORDER

Pursuant to the *Order* (Doc. 22, filed August 24, 2006), it is

**ORDERED** that a **supplemental pretrial conference** is hereby set at **11:00 a.m. on November 13, 2006**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Done this 30th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE