IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )    CASE NO. 3:06-cr-054-MEF
                                    )
SALLEY WHALEY HOGAN                 )

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 1, 2006 (Doc. #26), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress (Doc. #14) is DENIED

DONE this the 21st day of September, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE