# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    ☒ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 11-13-2006 | @ 11:03 ☒ a.m. ☐ p.m |
| DATE COMPLETED 11-13-2006 | @ 11:06 ☒ a.m. ☐ p.m |

**CASE NO.** 3:06CR54-MEF

UNITED STATES OF AMERICA    **vs.**    SALLEY WHALEY HOGAN
*Plaintiff(s)*                          *Defendant(s)*

## APPEARANCES

*Plaintiff(s)/Government*                  *Defendant(s)*
Brown                              Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.      Crt Rptr: _____
Law Clerk: _____      Interpreter: _____
USPO/USPTS: _____      Other: _____

### PROCEEDINGS:

- ☐ Motion Hearing: _____
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other _____
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☒ **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete      Plea Status: Plea
Trial Status/Length: _____      Trial Term: _____