COURTROOM DEPUTY'S MINUTES  DATE: 11/21/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:51 am 12:09 pm
COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT          ☒ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 3:06CR54-MEF          DEFENDANT NAME: Salley Whalet HOGAN
AUSA: Brown Brunson                DEFENDANT ATTORNEY: Christine Freeman
                                   Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: ✓
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☒ Guilty as to:
              ☒ Count(s):  1
              ☐ Count(s):            ☐ dismissed on oral motion of USA
                                     ☐ to be dismissed at sentencing

☒ Written plea agreement filed    ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ CRIMINAL TERM:           ☐ WAIVER OF SPEEDY TRIAL filed.
           DISCOVERY DISCLOSURE DATE:
☒ ORDER: Defendant continued under ☒ same bond; ☐ summons; for:
         ☐ Trial on _____; ☒ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel