IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to continue the sentencing, now set in this matter for hearing on March 28, 2007.

In support of this Motion, defendant would show:

1. Counsel for the defendant has received a number of exhibits important to the issues of departure or variance to be determined at sentencing; these exhibits need to be reviewed and filed, with an opportunity for review by government counsel.

2. Defendant's counsel will be out of the state from March 18 through March 22, attending a meeting in Washington, D.C. on March 19 and 20.

3. This scheduling is necessary for effective preparation for the sentencing hearing.

4. Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salley Hogan
Federal Defenders

        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., and Todd Brown, Esq., Assistant United States Attorneys, One Court Square, Montgomery, AL 36104.

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: Christine_Freeman@fd.org