IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-054-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. #40) filed on March 19, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case on March 28, 2007 is continued to April 20, 2007 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 22nd of March, 2007.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE