IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION**

The defendant, Salley Whaley Hogan, gives notice of filing of the following exhibits in support of her sentencing position:

**Table of Exhibits**

1. Affidavit of Marie Bailey, life long friend;

2. Affidavit of Paula Bishop, Salley Hogan's daughter;

3. Affidavit of Joyce Reese, life long friend.

4. Affidavit of Christopher Reeves, Salley Hogan's son/grandson;

5. Affidavit of Roy Whaley, Salley Hogan's brother;

6. Photo of Mrs. Hogan's family land and site of present home (RR 003.jpg)

7. Photo of road to Mrs. Hogan's childhood and present home (RR 0010.jpg)

8. Photo of Mrs. Hogan's childhood and present home (RR 0016.jpg)

9. Photo of Mrs. Hogan's school, River View School

10. Photo of Mrs. Hogan as a child (scan0009.jpg)

11. Photo of Mrs. Hogan and her parents (scan0045.jpg)

12. Photo of Mrs. Hogan and her grandparents (scan0022.jpg)

13. Photo of Mrs. Hogan and her parents (scan0047.jpg)

14. Photo of Mrs. Hogan and her brother Roy (scan0044.jpg)

15. High school grades, 1965 - 1967

16. Photo of Mrs. Hogan and her mother (scan0041.jpg)

17. Photo of Mrs. Hogan and her husband William Bledsoe, and children Paula and Charles (scan0042.jpg)

18. Pages from Mrs. Hogan's mother's diary (scan0077, 0078, 0079, 0083)

19. Photo of Mrs. Hogan and her children Paula and Charles (scan0040.jpg)

20. Photo of Mrs. Hogan and her daughter Paula (scan0016.jpg)

21. Photo of Mrs. Hogan's daughter's wedding (scan0028.jpg)

22. GED, 1996 (scan0052.jpg)

23. Service Record of Cheaha Regional Mental Health, regarding assessment in December 2002 (five pages)

24. Photo of Mrs. Hogan, in 2003, with her granddaughter (scan0017.jpg)

25. Photo of four of Mrs. Hogan's granddaughters (scan0032.jpg)

26. Photo of Mrs. Hogan's daughter, son-in-law, their daughter, and one of Mrs. Hogan's son's daughters (scan0015.jpg)

27. Mrs. Hogan's prison photo, Tutwiler, January 2005

28. Mental Health screening, February 2005

29. Mrs. Hogan's prison visitation list

30. Department of Corrections notice of Mrs. Hogan's placement at Birmingham Work Release center, March 2005

31. Photo of Mrs. Hogan and two of her granddaughters, while at work release center (scan0008.jpg)

32. Certificate of achievement, September 2005, Alabama Department of Corrections (scan0085)

33. Certificate of Parole, October 2005

34. Photo of Mrs. Hogan and her son/grandson at his graduation (scan0048.jpg)

35. Restaurant employee award, at end of one year of employment (scan0053)

36. Business license, 2007 (scan0088.jpg)

37. Photo of baskets made for sale by Mrs. Hogan (HW 007.jpg)

38. Email from daughter (scan0076.jpg)

39. Letter from son/grandson (scan0075.jpg)

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Salley W. Hogan
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., and Kent Brunson, Esq., Assistant United States Attorneys, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                            **s/Christine A. Freeman**
                                            **CHRISTINE A. FREEMAN**
                                            **TN BAR NO.: 11892**
                                            Attorney for Salley W. Hogan
                                            Federal Defenders
                                            Middle District of Alabama
                                            201 Monroe Street , Suite 407
                                            Montgomery, AL 36104
                                            TEL:  (334) 834-2099
                                            FAX:  (334) 834-0353
                                            E-Mail: Christine_Freeman@fd.org