IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:06-CR-54-MEF |
| ) | |
| SALLEY WHALEY HOGAN ) | |

## AFFIDAVIT

STATE OF ALABAMA  )
                  ) SS.
COUNTY OF _____ )

**Marie Bailey**, states the following:

1. I am a full-time cashier and clerk at a convenient store in Roanoke, Alabama.

2. I have known Salley Hogan for about twenty-five years. We attended the same public schools, although we were not close friends when we were in school.

3. I know that Salley Hogan had a kind of isolated growing up. In the section of town that she lived in, the only people living there were her relatives.

4. I also know that Salley Hogan had a rough growing up. There were always rumors about her father's alcohol abuse. Their family often lived in a very dirty house, with animals living inside the house with them.

5. I have been asked by the Federal Defenders office, to give this statement for possible use at the sentencing hearing of my mother, Salley Hogan.

6. Living in the same town, and seeing Salley Hogan around town, I always knew about her drug addiction. I also knew when she went to the state prison.


DEFENDANT'S EXHIBIT 1

7.    Since Salley Hogan got out of prison, she has changed a lot. I can see the difference in her every time I see her. Even though she has always been a very generous person, now she seems a lot stronger and healthier. She has been honest about her drug addiction. I believe she is really rehabilitated and in recovery.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Marie Bailey
_____
DATE

_____
WITNESS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:06-CR-54-MEF |
| ) | |
| SALLEY WHALEY HOGAN ) | |

## AFFIDAVIT

STATE OF ALABAMA )
                       ) SS.
COUNTY OF _____ )

**Paula Bishop**, states the following:

1. I am the daughter of the defendant Salley Hogan and her first husband, William Bledsoe.

2. I live at 407 Niles Road, Boaz, Alabama.

3. I am married to James Bishop, who is currently disabled due to several back surgeries. We have one daughter, Brianna, who is seven years old.

4. I am employed as a nurse with home health care services in Boaz.

5. I have been asked by the Federal Defenders office, to give this statement for possible use at the sentencing hearing of my mother, Salley Hogan.

6. I am happy to say that I have seen my mother become rehabilitated and really recover from her drug addiction. Since she was incarcerated by the State in Wetumpka, Alabama, she has really changed mentally. I can see many different changes in her attitude about drugs and being an addict.

7. When I was growing up, my mother was a bad drug addict. She did not


DEFENDANT'S EXHIBIT 2

provide guidance for me as a mother should, and I became pregnant at age 13. She raised my son, Christopher, because I was too young to care for him myself. However, I was so concerned about my mother's drug addiction, that after I married, when I had my daughter Brianna,. I did not let her stay alone with my mother.

8. I was sexually abused by one of my mother's husbands. I did not tell my mother about it at the time, because I was afraid of my stepfather. However, once he and my mother divorced, I told my mother about the abuse. She was very supportive of me and told me about her own experience being sexually abused by her father, my grandfather Roy Eugene Whaley. She cried when she told me about what she went through growing up.

9. I have struggled with my own experience of abuse, but I believe I have been able to move on from it, through counseling and therapy. However, I know that my mother was not able to move on until she received therapy and counseling while in the Department of Corrections. I could tell, from my own experience and from the way she told me about her experience, that she was still troubled by this terrible time.

10. Even before learning of my mother's sexual abuse, I knew that my mother had a rough time growing up, because I saw her father's physical abuse with my own eyes. I remember when I was little visiting my grandparents. My grandfather would grab my poor grandmother by the hair and sling her about the room, slap her on the face and otherwise physically abuse her. This abuse would take place right in front of me and my mother.

11. I feel that the drug rehabilitation my mother completed has given me back my mother. I am no longer afraid to leave my daughter with her. My mother is just a totally different person. I hope that the Court will see that this change is real and powerful. I hope the Court will permit my mother to continue to be in my life and in my child's life, instead of going to prison.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Paula Bishop
_____
DATE

_____
WITNESS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:06-CR-54-MEF |
| ) | |
| SALLEY WHALEY HOGAN ) | |

## AFFIDAVIT

STATE OF ALABAMA  )
                  ) SS.
COUNTY OF _____ )

**Joyce Reese**, states the following:

1. I live at 31 Middle Street, Valley, Alabama. I am employed by the City of Valley at the city Community Center.

2. I grew up with Salley Hogan and have known her most of my life. We became closer friends after we were grown up.

3. When we were children, I remember seeing Salley with whelps and lacerations on her body. I knew that these marks came from beatings Salley got from her father. He was a very brutal man, who drank a lot and gambled a lot. I know that he sometimes gambled all his money and Salley's mother would have to work two or three jobs to keep the bills paid.

4. After we were grown, Salley told me at one time about having been sexually abused when she was a child.

5. I remember when Salley married William Bledsoe. He was several years older than Salley - I think already in his mid or late 20s when they married.

DEFENDANT'S EXHIBIT 3

6. After Salley married Bledsoe, I stopped seeing her for quite a while. I knew that he had gotten her involved with drugs and I did not want to associate with that kind of activity.

7. Since Salley has gotten out of prison, I have seen a big change in her. I can tell that she is not involved in drug use anymore.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Joyce Reese
_____
DATE

_____
WITNESS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                   ) | CASE NO: 3:06-CR-54-MEF |
| ) | |
| SALLEY WHALEY HOGAN           ) | |

**AFFIDAVIT**

STATE OF ALABAMA   )
                                  ) SS.
COUNTY OF _____ )

**Christopher Reeves**, states the following:

1. I am the grandson of the defendant Salley Hogan. My mother is Mrs. Hogan's daughter, Paula Bishop.

2. Because of my mother's young age at the time I was born, I have been raised by my grandmother, Salley Hogan. and I call her my mother. I live with Salley Hogan in Roanoke.

3. I graduated from Douglas High School in Boaz, Alabama in 2004 and I completed a welding program at Gadsden State College.

4. I am employed with my uncle, Roy Whaley, in his roofing business.

5. I have been asked by the Federal Defenders office, to give this statement for possible use at the sentencing hearing of my mother, Salley Hogan.

6. When I was growing up, my mother provided for me as best she could, even thought she was a drug addict. She always showed that she loved me . But I am happy to say that I have seen my mother become rehabilitated from her drug


DEFENDANT'S EXHIBIT

addiction. Her attitude and demeanor have changed and gotten so much better.

7. I would not have been able to complete the welding program at Gadsden State without my mother Salley's encouragement and guidance. She really supported me. I believe her own recovery gave her the strength to help me.

8. I hope the Court will see the change in my mother that has come about in the last couple years

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Christopher Reeves
_____
DATE

_____
WITNESS

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

**AFFIDAVIT**

STATE OF ALABAMA  )
                  ) SS.
COUNTY OF _____ )

**Roy Whaley**, states the following:

1. I am the brother of Salley Hogan.

2. I am fourteen years younger than Salley. By the time I was two years old, Salley had moved out of our house.

3. Since Salley has gotten older, she has told me about her being sexually abused by our father.

4. As an adult, Salley has been involved in a lot of situations that I have not approved of. she has married some bad men and I knew about her drug use.

5. However, over the past couple years, since she got out of prison, Salley has truly demonstrated a change. She is very active in her church. She is active with her family. She no longer hangs out with the low life people she spent time with in the past.

6. I know that Salley has truly been trying to improve her life and stay drug-free.

DEFENDANT'S EXHIBIT 5

7.  Although I believe being in state prison helped Salley make this change, I am afraid that going back to prison will endanger the progress she has made.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Roy Whaley
_____
DATE

_____
WITNESS

2