DEFENDANT'S EXHIBIT

6

tabbies






