

Case 3:06-cr-00054-MEF-WC    Document 45-4    Filed 04/17/2007    Page 2 of 4






Grand Parent



DEFENDANT'S EXHIBIT 12



DEFENDANT'S EXHIBIT 13