

DEFENDANT'S EXHIBIT 14

Form 12 (June 1, 1966)
Alabama Education Association, Montgomery, Ala.

## CUMULATIVE RECORD

Pupil: Whaley (Last Name), Sally (First), Ruth (Middle) — Home Address: River View, Alabama

Place & Date of Birth: Roanoke, Alabama   8/6/51   | M | F |

Parents: Living ___ Deceased ___   No. Children in family: Older ___ Younger ___   Relig. Pref. ___

Father: Whaley, Roy Eugene — Occupation: Textiles

Mother: Whaley, Catherine Pauline — Occupation: Textiles

NAME OF PUPIL: Whaley, Sally Ruth

COPY

### TEST RECORD

| Date | Name and/or Type of Test | IQ | Ala. %ile | Natl. %ile | Natl. G.P. | Date | Name and/or Type of Test | IQ | Ala. %ile | Natl. %ile | Natl. G.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

### SCHOLARSHIP RECORD

| Junior High Subjects | Year | Marks | Repeat Work | Senior High Subjects | Year | Unit | Marks Semester 1st | Marks Semester 2nd | Senior High Subjects | Year | Unit | Marks Semester 1st | Marks Semester 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7th Grade | | | | English | | | | | Science | | | | |
| English | | | | 10th | 66-7 | 1 | D | D+ | | | | | |
| Math | | | | 11th | | | | | | | | | |
| Science | | | | 12th | | | | | | | | | |
| Social Studies | | | | | | | | | | | | | |
| Phys. Ed. | | | | | | | | | | | | | |
| | | | | Social Studies | | | | | Commercial | | | | |
| 8th Grade | | | | World Hist. | 66-7 | 1 | 52 | D | | | | | |
| English | | | | | | | | | | | | | |
| Math | | | | | | | | | | | | | |
| Science | | | | | | | | | | | | | |
| Social Studies | | | | | | | | | | | | | |
| Phys. Ed. | | | | Phys. Ed. | 66-7 | 3/4 | C | D- | | | | | |
| | | | | | | | | | Vocational | | | | |

| Junior High Subjects | Year | Unit | Marks Semester 1st | Marks Semester 2nd | Foreign Language | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th Grade | 65-6 | | | | | | | | | | | | |
| English | " | 1 | D- | D- | | | | | | | | | |
| Science | " | 0 | F | F | | | | | Other Subjects | | | | |
| Social Studies | " | 0 | F | F | | | | | | | | | |
| Phys. Ed. | " | ½ | B- | D+ | Math | | | | | | | | | |
| Math | " | 1 | C | D | Bus. Arith. | 66-7 | 0 | F | F | | | | | |
| Algebra | | | | | | | | | | | | | | |
| Science I | 66-7 | 1 | C | 57 | | | | | | | | | | |

Marks: A—Excellent   B—Good   C—Fair   D—Poor   F—Failure   I—Incomplete

Date Graduated ___   Number in Graduating Class ___   Quarter Rank: Highest ___ 2nd ___ 3rd ___ Lowest ___

Name of High School: Valley High School   Address: Fairfax, Alabama

Accredited by: (XX) State Department of Education
( ) Southern Association of Secondary Schools

Record Sent To: 1. ___ Date ___
2. ___ Date ___
3. ___ Date ___

Regis.

DEFENDANT'S EXHIBIT 15

NAME OF PUPIL Whaley  Sally  Ruth
(Last) (First) (Middle)

| YEAR | CHANGE IN ADDRESS | | PREVIOUS SCHOOLS ATTENDED | | GRADE |
|---|---|---|---|---|---|
| | Mailing Address | | Name of School | Mailing Address | |

## ATTENDANCE RECORD

| Year | 1965-66 | 1966-67 | 19__ | 19__ | 19__ | 19__ | 19__ | 19__ | 19__ | 19__ | 19__ | 19__ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade | 9 | 10 | | | | | | | | | | |
| Days Present | 164 | 148 | | | | | | | | | | |
| Days Absent | 14 | 28 | | | | | | | | | | |
| Times Tardy | 0 | 1 | | | | | | | | | | |
| Chief Cause of Abs. | | | | | | | | | | | | |

## STUDENT EMPLOYMENT RECORD

| Kind of Work | Employer | Date | T.W.R. |
|---|---|---|---|

## TRANSFER—WITHDRAWAL—RE-ENTRY

| Year | From | To | Reason |
|---|---|---|---|

## FOLLOW UP RECORD (After Graduation)

| Year | College or Work | Institution or Employer |
|---|---|---|

Significant Health Facts — Grade 7 | Grade 8 | Grade 9 | Grade 10 | Grade 11 | Grade 12

Education Plans
Vocational Plans
Extra-Curricular Activities
Community Activities
Interests and Hobbies

### PERSONAL RATING SCALE
(Combined rating of all teachers) 1—4; 4=highest

| | Jr. I | Jr. II | Jr. III | Sr. I | Sr. II | Sr. III |
|---|---|---|---|---|---|---|
| Responsibility | | | | | | |
| Motivation | | | | | | |
| Initiative | | | | | | |
| Emotional Maturity | | | | | | |
| Social Maturity | | | | | | |

COMMENTS:

PHOTO
(Terminal)





DEFENDANT'S EXHIBIT 16

