| Date | Description | Amount | |
|---|---|---|---|
| Jan 2 | | 15.00 | |
| | | 40.00 | gas |
| Jan 9 | | 20.00 | |
| Jan 13 | got drunk and beat me up | | |
| Jan 16 | he is still drunk has not work a day the week | 35.00 | |
| Jan 23 | "did not draw" (no check) | | |
| Jan 30 | | 30.00 | |
| | Sally came house and rode | | |
| Feb 6 | | 30.00 | |

DEFENDANT'S EXHIBIT 18

| Feb 13 | Dor | 30.00 |
| Sally gave me | | 20.00 |

Feb 15. Snow is Drunk again, Sally and kids still here.

| Feb 20 | Dor | 35.00 |
| Sally gave me | | 20.00 |

Snow is Still Drunk has not Work a day this week

| Feb 29 | | 40.00 |

He is still Drunk Sally gave me 20.00 Dont carry Sam yet the kind of Mother she want

Mary Jo kick me on the leg Harley Walk and whoop, kids around

March 6

Of Money for Ice
Still Order
Sally gave me $10.00
will pay the bar for
groceries etc (sic)

March 10, 1976
I don't went
back to work Sally
is still having
trouble she wants me
to keep the kids & I
don't want me to
have them, I only
know why I love them
so much my best
then, Lord I hope they
don't mess around
an lose them its

March 12, 1976
Sally & William gone
me the kids are
only is crazy about
me-me.

April 2

Sally gave 10.00
Willaim " 10.00
Snowball 2.00

He is still short drunk
Sally came in to say
Wade above was up
they asked the
ride did not want to
go with her. She
left a note made Clay
to let them
say they is Christ
a life in Marriet
2 Nigeria





DEFENDANT'S EXHIBIT 20