



# High School Equivalency Certificate

## ALABAMA

*This is to certify that*

**SALLY R HOGAN**

having satisfactorily passed comprehensive examinations prescribed by the State of Alabama, Department of Education, thereby demonstrating satisfactory evidence of general educational development equivalent to high school graduation, is hereby awarded this HIGH SCHOOL EQUIVALENCY CERTIFICATE, Number NS-0238904

In witness whereof our names and the seal of the State Board of Education, Montgomery, Alabama, are hereto affixed. This the 16TH day of OCTOBER, 19 96.

_____
CHAIRMAN, STATE BOARD OF EDUCATION
GOVERNOR, STATE OF ALABAMA

_____
STATE SUPERINTENDENT OF EDUCATION

DEFENDANT'S EXHIBIT 22

PROGRESS NOTE
CHEAHA REGIONAL MENTAL HEALTH/MENTAL RETARDATION BOARD, INC.
P.O. BOX 1248
SYLACAUGA, AL 35150

Consumer Name: Sally Hogan
Clinician Name: Anthony Chatman
Next Appointment Date: 12-09-02
*Please call at least 24 hours in advance to cancel appointment*

Sylacauga Office  256-245-2201
Talladega Office  256-362-8600
Lineville Office  256-396-2150
Randolph Office  334-863-2518

| | |
|---|---|
| Intake/Evaluation 1500 | Med. Monitoring 1580 |
| Phy. Med. Assess. 1560 | Consultation 1650 |
| Diagnostic Testing 1510 | Pre Hosp. Screen 1550 |
| Crisis Inter. After hours 1598 | Family Support Grp. 1630 |
| Crisis Intervention 1590 | Family Support Ind. 1620 |
| Individual Therapy 1520 | In Home Interv. Tm/CA 1663 |
| Family Therapy 1540 | In Home Interv. Tm/Ad 1660 |
| Group Therapy 1530 | |
| Medication Admin. 1570 | |

| DATE | START TIME | END TIME | STAFF | CASE # | PRO. # | LOCATION | ACTIVITY CODE | GROUP SIZE |
|---|---|---|---|---|---|---|---|---|
| 12/9/02 | 2:00 | 2:59 | 160 | 48420 | 019 | 1000 | | 01 |

| CASE # | PROCEDURE CODE | GROUP SIZE | UNITS | DAY | CENTER # | WORKER | LOCATION | |
|---|---|---|---|---|---|---|---|---|
| 48420 | 10 | 01 | 100 | 09 | 04 | 160 | 1000 | |

Mental Status: *Check where applicable*
Appearance/Grooming: _X_ Appropriate ___Inappropriate   Affect: _X_ Appropriate ___Inappropriate
Mood:  _X_ Anxious ___Dysphoric ___Euthymic ___Expansive ___Irritable ___Other
THOUGHTS OR PERCEPTIONAL DISTURBANCES:
___Hallucinations ___Delusions ___Suicidal ___Homicidal ___Paranoid _X_N/A
Sleep:        ___Good      ___Fair   _X_Poor   ___Insomnia   ___Nightmares   ___Hypersomnia
Appetite:     ___Good   _X_Fair      ___Poor   ___Anorexia   ___Bulimia
Orientation:  ___Normal  DEFICITS:  ___Person ___Place ___Time ___Situation
Motor Activity: ___Calm   _X_Restless _X_Shaking/Tremor ___Tics ___Pacing
Medications: (As Reported) _X_N/A   ___Compliant ___Non-Compliant
Side Effects From Medications: _X_N/A ___No ___Yes, Describe _____
COMMENTS: See INTAKE

Goals:

Interventions:

Outcome: (Current GAF Score):

Plan:

Provider Signature: [signature] M.S.

DEFENDANT'S EXHIBIT 23

# TREATMENT PLAN

Name: Sally Hogan                Case Number: 48420            Date: 12/9/02

**DIAGNOSIS:**

**DSM IV:**

AXIS I: 296.32B Major Depressive Disorder Recurrent Moderate\304.30C Cannabis Dependence with Physiological Early Full Remission\304.40B Amphetamine Dependence with remission
AXIS II: V71.09 No Diagnosis
AXIS III: None
AXIS IV: Problems with primary support group
AXIS V: GAF = 51 Current
TREATMENT PLAN:
GOALS AND ESTIMATED TIME FOR COMPLETION:
#1) Develop the ability to recognize, accept, and cope with feeling of depression 6-12mos
#2) Develop healthy cognitive patterns and beliefs about self and the world that lead to alleviation of depression symptoms. 6-12 mos
#3) Develop an increased awareness of physical relapse triggers and the coping strategies needed to effectively deal with them 6-12mos.
#4) Achieve a quality of life that is substance free on a continuing basis. 6-12 mos
TREATMENT RECOMMENDATIONS, PLANNED SCHEDULE OF SERVICES, ISSUES TO BE ADDRESSED IN THERAPY:
IT monthly to address: self-image, self-esteem, coping strategies, physical exercise, social involvement, encourage client to attend AA\NA programs.
F.T. as needed to increase coping skills
G.T. as needed to address mood, problem solving and for social participation
PMA as needed for evaluation and treatment
MM as needed
TPR, quarterly

I have actively participated in the formation and/or modification of this treatment plan.
CLIENT SIGNATURE: _____ DATE: _____
☐ Yes  No ☐  I give consent for my family member/significant other to actively participate in the formulation and modification of my Treatment Plan.

CLIENT SIGNATURE: _____ DATE: _____
☐ Yes  No ☐  Family member/significant other has actively participated in the formation and/or modification of this Individual Treatment Plan.
If YES, signature: _____ Date _____

If NO, reason: _____ Date _____

THERAPIST/COUNSELOR: _____ M.S.    DATE: 12-09-02
Katherine H. Smith, M.Ed.                            12/9/02

APPROVED BY: _____    DATE: 12/9/02
UPDATE 2/97 (PKB)

## INTAKE

NAME: Sally Hogan    DOB: 08-06-51    CASE NO: 48420    DATE: 12-09-02

AGE: 51    SEX: Female    MARITAL STATUS: Separated    CHILDREN: 2

LIVING SITUATION: She lives along

REFERRAL SOURCE AND REASON FOR REFERRAL: Walk-in

CLIENT'S AND/OR PARENT'S STATEMENT OF PROBLEM: Client presented with crying spells and anxiety\panic attack. Client reported she have been having moments of crying, not wanting to get up out of bed. Client stated this past week she stayed in the bed from Thursday until this morning. The only time she got up was to go to the bathroom or eat something.

BRIEF HISTORY OF PROBLEM: Client reported being a recovering drug addiction, she used crank and some marijuana. Client states she lonely her daughter moved to Boaz to work six months ago, with her grandchildren, which she states was her "life". Client reported that when she gets off from work she goes home and gets in the bed. She states this keeps her from going out seeking drugs. Client reported quitting drugging "cold turkey".

RELEVANT MEDICAL BACKGROUND AND PREVIOUS PSYCHIATRIC/PSYCHOLOGICAL TREATMENT: client reported no background of psychiatric care in family

ALCOHOL/DRUG USAGE (IF CHILD, PARENT): client reported she used crank and marijuana with her son. She stated using alcohol socially.

NAME: Sally Hogan                    CASE NO: 48420                    Page 2

FAMILY HISTORY:
Relationships (spouse, parents, siblings, children, other). Note any family history of psychiatric, substance abuse, or legal problems.
 Son used with her, no psychiatric care reported, some legal problems in the past, leaving the scene of an accident (paying off find).


SOCIAL HISTORY: Client reported being married, but husband left and have not been seen five years ago married for 10 years.


PHYSICALLY VIOLENT BEHAVIOR:   Yes ()    No (x)    FREQUENCY:
                    TYPE:  Self()  Others()  Property()

VERBALLY VIOLENT:  Yes ()   No (x)

PHYSICALLY ABUSED: Yes(x)   EMOTIONALLY ABUSED: Yes(x)   SEXUALLY ABUSED: Yes(x)
                   No()                         No()                      No()

HOBBIES/INTEREST: Craft and Arts

RELIGIOUS PREFERENCE: Baptist

EDUCATIONAL HISTORY: Highest grade completed: 12   Average grades in school:

Excessive Absences:     Grades Retained:     Special Education:

LEGAL HISTORY: leaving the scene of a accident

MILITARY HISTORY (If child, parents): None

WORK HISTORY: (If child, parents):

CURRENT WORK:

| JOBS HELD | LENGTH | REASON FOR LEAVING |
|---|---|---|
| Huddle House | 3 yrs | Present |

NAME: Sally Hogan                    CASE NO: 48420                Page 3

CURRENT MENTAL STATUS:

AFFECT: Appropriate ()   Inappropriate ()   Blunted ()   Flat (x)

MOOD: Calm()  Labile()  Elevated()  Depressive(x)  Anxious(x)  Angry()

CHARACTERISTICS OF SPEECH:

Normal(x)  Blocking()  Flight of ideas()  Circumstantiality()  Perseveration()

ORIENTATION: Normal(x)  DEFICITS: Person()  Place()  Time()  Situation()

MEMORY:   Intact(x)   Short term deficit()   Long term deficit()

ESTIMATED INTELLECTUAL RANGE:  Average(x)  Below Average()  Above Average()

JUDGEMENT: Poor()  Average(x)   INSIGHT: Poor()  Average(x)

SUICIDAL CONTENT: Client reported suicide passed through her mind but she have never acted on it due to being to chicken and cannot stand the pain.

CONTENT OF THOUGHT:
Appropriate(x)  Hallucinations()  Delusions()  Obsessions()  Compulsions()

ADDITIONAL OBSERVATIONS: Client came into the clinic crying, and anxious. Client cried throughout the intake process, with some relax techniques, she was calm before leaving the clinic.

---

DIAGNOSIS:

AXIS   I: 296.32B Major Depressive Disorder Recurrent Moderate
304.30C Cannabis Dependence with Physiological Early Full Remission
304.40B Amphetamine Dependence with Remission
AXIS  II: V71.09 No Diagnosis
AXIS III: None
AXIS  IV: Problems with primary support group
AXIS   V: GAF = 51 Current

THERAPIST ASSIGNED FOR TREATMENT: _____ M.S. DATE: 12-09-02

THERAPIST COMPLETING FORM: _____ M.S. DATE: 12-09-02
Katherine H. Smith, M.Ed. 12/9/02