







DEFENDANT'S EXHIBIT 27