# MENTAL HEALTH SERVICES
## RECEPTION MENTAL HEALTH SCREENING

Institution: _Tutwiler_  Date/Time Inmate Received: 2/14/05 11:00 A
Date/Time of Screening: 2/14/05 2:25P  Signature/Title of Screener: _W. Walsh LPN_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- ☒ Yes ☐ No  Psychotropic Medication: Klonopin (and something for Nerves)
- ☐ Yes ☒ No  Medication turned over to a DOC upon arrival?
- ☐ Yes ☒ No  Mental Health follow-up in last 90 days: _____
- ☐ Yes ☒ No  Suicide/self harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- ☒ Yes ☐ No  Outpatient treatment: Cheha Mental Health
- ☒ Yes ☐ No  Inpatient treatment: New Beginning, Roanoke AL
- ☒ Yes ☐ No  Psychotropic Medication: Haldol, Xanax
- ☐ Yes ☒ No  Suicidal Attempts: _____
- ☒ Yes ☐ No  Suicidal Thoughts: 2002
- ☒ Yes ☐ No  Head injury: Car accident
- ☐ Yes ☒ No  Seizures: _____
- ☐ Yes ☒ No  Violent Behavior: _____
- ☒ Yes ☐ No  Substance Abuse: Meth, Pot
- ☐ Yes ☒ No  Substance Abuse Treatment: _____
- ☐ Yes ☒ No  Special Education classes: _____

### INMATE SELF-REPORT OF CURRENT STATUS
- ☐ Yes ☒ No  First incarceration (reaction): 4th
- ☒ Yes ☐ No  Reports family support: Brother
- ☒ Yes ☐ No  Reports serious depression/remorse: _____
- ☐ Yes ☒ No  Thinking about suicide: _____
- ☐ Yes ☒ No  Has plan for suicide: _____
- ☐ Yes ☒ No  Possible to implement plan: _____
- ☐ Yes ☒ No  Reports hallucinations: _____

### BEHAVIORAL OBSERVATIONS
- ☐ Poor eye contact     ☐ Poor hygiene       ☐ Unable to pay attention   ☐ Unresponsive
- ☐ Disorientated        ☐ Overly anxious     ☐ Unable to follow directions  ☐ Unable to read
- ☒ Crying               ☐ Memory deficits    ☐ Signs of self-mutilation     ☐ Afraid
- ☐ Illogical speech content  ☐ Appears to be hearing voices of seeing things  ☐ Paranoid
- ☐ Hostile    ☐ Other unusual behavior: _____

### DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell recommended
- ☐ Parole violator interim assessment referral

Inmate Name: Hogan, Sally
AIS#: 238982

QUALITY CONTROL - JTP
Date: 3/0/5
Initials: ___

DEFENDANT'S EXHIBIT 28

RECEIVED MAR 03 2005

# VISITATION LIST

**PLEASE CHECK ONE:**
- [x] NEW ARRIVAL
- [ ] SIX MONTH CHANGE

**GUIDELINES:**
1) NO MORE THAN EIGHT (8) PEOPLE CAN BE LISTED.
2) ONE MALE FRIEND IF NOT MARRIED & ONE FEMALE FRIEND ONLY.
3) IMMEDIATE FAMILY MEMBERS AND ONE (1) FRIEND ARE PERMITTED.
4) EX FELONS MUST BE APPROVED BY THE WARDEN ONLY.
5) NEW ARRIVALS HAVE 2 WEEKS TO TURN FORM IN. THEY ARE TO BE PLACED IN VISITATION BOX IN DINING ROOM/KITCHEN.
6) SIX MONTH CHANGES ARE TO BE PLACED IN THE VISITATION BOX IN THE DINING ROOM/KITCHEN.
7) PRINT ONLY!

INMATE NAME: Sally Ruth Hogan     AIS#: 238982

1. NAME: Roy Lone Whaley
   DOB: 12/4/65  RACE: W  SEX: M
   COMPLETE ADDRESS: 1345 Co Rd 242, Roanoke, Ala, 36274
   RELATIONSHIP: Brother
   PHONE#: (334) 863-6496
   SS#: 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  DL#: 9113117

2. NAME: Cindy Sue Whaley
   DOB: 8/20/59  RACE: W  SEX: F
   COMPLETE ADDRESS: 1345 Co Rd 242, Roanoke, Ala
   RELATIONSHIP: Sister in Law
   PHONE#: (334) 863 6496
   SS#: 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  DL#: 4023285

3. NAME: Paula Bishop
   DOB: Nov 28/1971  RACE: W  SEX: F
   COMPLETE ADDRESS: 407 Niles Rd, Boaz Al
   RELATIONSHIP: Daughter
   PHONE#: (256) 593-0571
   SS#: 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  DL#: 561022

4. NAME: Brienna Posse 6 yrs
   DOB: ___  RACE: W  SEX: F
   COMPLETE ADDRESS: 407 Niles Rd, Boaz Al
   RELATIONSHIP: Grand Child
   PHONE#: (256) 738-6084
   SS#: ___  DL#: ___

5. NAME: Elisa Bledsoe 9 yr old
   DOB: ___  RACE: W  SEX: F
   Probably won't come
   COMPLETE ADDRESS: Old Lafayette Hwy, Roanoke, Ala
   RELATIONSHIP: Grand Child
   PHONE#: (334) 863 5947
   SS#: ___  DL#: ___

6. NAME: Kimberly Bledsoe 8 yrs
   DOB: ___  RACE: W  SEX: F
   Probably won't come
   COMPLETE ADDRESS: Old Lafayette Hwy, Roanoke Al
   RELATIONSHIP: Grand Child
   PHONE#: (334) 863 5947
   SS#: ___  DL#: ___

7. NAME: Angel Bledsoe 2 yrs old
   DOB: June 7/2002  RACE: W  SEX: F
   COMPLETE ADDRESS: 407 Niles Rd, Boaz Al
   RELATIONSHIP: Grand Child
   PHONE#: (   )
   SS#: ___  DL#: ___

8. NAME: Christoper Reaves
   DOB: 9/28/1985  RACE: W  SEX: M
   COMPLETE ADDRESS: 407 Niles Rd, Boaz Al
   RELATIONSHIP: Son
   PHONE#: (256) 593-0571
   SS#: 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  DL#: 7367099

DEFENDANT'S EXHIBIT 29

CBR029

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
CLASSIFICATION DIVISION
301 SOUTH RIPLEY STREET
MONTGOMERY, AL 36104
17 MAR 2005

MAR 3 0 2005

DISTRICT ATTORNEY
COUNTY: CHAMBERS

DEAR SIR:

THIS IS TO INFORM YOU THAT THE ALABAMA DEPARTMENT OF CORRECTIONS IS
CONSIDERING PLACEMENT OF THE BELOW-NAMED INDIVIDUAL ON A COMMUNITY-
BASED PROGRAM.

THE GOAL OF CORRECTIONS IS TO INSURE NOT ONLY THAT THE SENTENCE OF
RECORD IS SATISFIED, BUT ALSO TO PROVIDE A MEANS BY WHICH THOSE INMATES
WHO POSE THE LEAST RISK TO FREE SOCIETY ARE ALLOWED TO WORK IN ORDER TO
PAY FOR THE COST OF THEIR INCARCERATION AS WELL AS PROVIDE A MEANS TO
COLLECT FINES, COURT COSTS, FEDERAL AND STATE TAXES, AND MOST IMPOR-
TANTLY, RESTITUTION TO THEIR VICTIMS WHEN IT IS SO ORDERED. THAT MONEY
WHICH IS RETURNED TO THE STATE IS VITAL TO OUR GOAL OF MAKING THE
ALABAMA DEPARTMENT OF CORRECTIONS ECONOMICALLY SELF-SUFFICIENT.
INMATES ASSIGNED TO WORK RELEASE ARE MAINTAINED IN A STRUCTURED
ENVIRONMENT AND ARE RETURNED TO THE ASSIGNED CENTER EACH NIGHT.
INMATES ASSIGNED TO SIR OR PDL ARE CAREFULLY SELECTED FOR PARTICIPATION
AND SUPERVISED.

BECAUSE THIS INMATE IS SERVING A SENTENCE FROM YOUR COUNTY, ANY
INFORMATION YOU MAY HAVE RELATIVE TO THIS DECISION WILL BE CAREFULLY
CONSIDERED. IF THERE ARE ANY SPECIFIC OBJECTIONS TO THIS PLACEMENT,
PLEASE PROVIDE THEM IN WRITING WITHIN THIRTY DAYS OF THE DATE OF THIS
NOTICE.

NAME HOGAN, SALLY RUTH                AIS: 00238982    R/S: WF

COUNTY: CHAMBERS         DOB: 08/06/1951  EOS/PD: 05/19/2006

CASE #(S):   2003-000100

                                SINCERELY,
                                PAUL WHALEY II
                                DIRECTOR OF CLASSIFICATION


DEFENDANT'S EXHIBIT 30



# Certificate of Training

### The
### Alabama
### Department of Corrections
### Certifies That

## SALLY HOGAN 238982

has successfully completed the

40 hour Personal Development course conducted

from _July 12th_ to _September 20th, 2005_

_L. Carpenter B.S._
**INSTRUCTOR**

_[signature]_
**WARDEN/DIRECTOR**

DEFENDANT'S EXHIBIT 32

# CERTIFICATE OF PAROLE

IT HAVING BEEN MADE TO APPEAR TO THE ALABAMA BOARD OF PARDONS AND PAROLES THAT

SALLY RUTH HOGAN, 238982

IS ELIGIBILE TO BE PAROLED, THAT THE BOARD IS OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT SAID PRISONER WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, THAT THE RELEASE OF THIS PRISONER IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY, AND THAT THIS PRISONER WILL NOT BECOME A PUBLIC CHARGE ON RELEASE, THE PAROLE IS HEREBY GRANTED.
BY BOARD ORDER DATED 09-21-2005, SAID PRISONER IS PAROLED IN THE CASES LISTED BELOW PENDING GOOD BEHAVIOR UNDER SUPERVISION SUBJECT TO THE SPECIFIC CONDITIONS OF PAROLE LISTED HEREIN.

| COUNTY   | CASE NUMBER    | DATE       | OFFENSE         | SENTENCE        |
|----------|----------------|------------|-----------------|-----------------|
| CHAMBERS | CC2003-000100  | 01-12-2005 | POSS/REC CONTR. | 004 00 000 CS   |

IN WITNESS WHEREOF THIS CERTIFICATE BEARING THE SEAL OF THE STATE BOARD OF PARDONS AND PAROLES IS ISSUED THIS THE 11TH DAY OF OCTOBER, 2005.

ALABAMA BOARD OF PARDONS AND PAROLES

*William C. Segrest* (signature)

WILLIAM C. SEGREST
EXECUTIVE DIRECTOR

DEFENDANT'S EXHIBIT 33

