

3 Years of Service.

**WILLIAMSON TEAM**

*SALLY HOGAN, #134*

1 Year of Service.

WILLIAMSON TEAM

DEFENDANT'S EXHIBIT 35

# Privilege License
## CITY OF ROANOKE
Post Office Box 1270
Roanoke, Alabama 36274

NAME / ADDRESS:
SALLY HOGAN
1345 COUNTY ROAD 242
ROANOKE, ALABAMA 36274

Having paid to the City Clerk of the City of Roanoke, is hereby authorized to engage in the following business, occupation or profession under City of Roanoke Ordinance No. 803 AS:

License Number: 2021

Account Number: 2021

**2007**

January 31st, 2007
Date

_Ellen Farrell_
City Clerk

_[signature]_
Revenue Clerk

THIS LICENSE EXPIRES DECEMBER 31

DEFENDANT'S EXHIBIT 36



Yahoo! Mail - lilnemo86036@yahoo.com

**YAHOO! MAIL**   Print - Close Window

From: bishoppaula@bellsouth.net
To: lilnemo86036@yahoo.com
Subject:  *letter from Daughter*
Date: Thu, 15 Mar 2007 21:30:45 -0500

Whom It May Concern in regards to Sally Hogan.

Sally is my mother and I have known her to be dependent on drugs in the past. When mother was dependent on drugs she had no self sufficiency and was very dependent on others for assistance with daily needs and had very poor appearance (unkept/thin). She did not seem to care about anyone but herself. I have had a difficult relationship with mother due to
this dependency to drugs and I did not want to and did not go to see her
often due to inability to communicate with her about her dependency. I also did not want her grand daughter to be around her due to this. And when she and I had conversation there was usually something that always ended up being about wanting drugs.


Since mother has been rehabilitated she and I have established a new and
wonderful relationship that I feel we both desired in the past but were unable to establish and keep due to the effects of drugs. Mother has changed  and truly been rehabilitated  as I notice how she keeps her appearance up and is self sufficient. She receives some support from her
brother as needed but she is able to work and maintain her bills and her personal needs. She works all the time and goes to church when she is not working. She is my prayer buddy now.  I can depend on her when I call and say "Mom I need you to help me pray about........."I know that
she will do it and It will be heard.  She no longer talks about the desire
of wanting drugs . She stays to herself and will not allow others from her
past that was negative be a part of life except to pray for them. She now
has a great relationship with her grand daughter and I am not afraid to leave her with mother. I feel confident in my judgment as her daughter and a registered nurse in saying that she is rehabilitated from drug use
and takes it one day at a time.

Thank You

DEFENDANT'S EXHIBIT 38

*From Jon*

## My Mom Clean and Sober

Hello there my name is Christopher Reaves. I'd just like to start off by telling you that my mother Sally Hogan is completly different now. To me the biggest two differences are love and joy. Before she was imprisoned she never knew what true joy was. She did what she thought was making her happy by doing drugs, but then it all happened. She lost Everything : her house, her husband, me her son, and finally her freedom. I guess the good lord was just showing her that he's the only way. My momma is humble now, she goes to work every day. She doesen't chase after the lust of the flesh anymore. She loves and worships the lord now, she acually has a good relationship with her family. Now she has a bright smile on her face most of the time she has real joy. Not the kind that last just for a season, but the true kind that only God gives. I'm no professional, but in my opinion momma is completly rehabilitated.

Christopher L. Reaves

*[signature: Chris Reaves]*

<u>I don't know a whole lot about it. I do know that its all in the lords hands.</u>

DEFENDANT'S EXHIBIT 39