IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-CR-54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #49) filed on May 25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 25th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE