IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr54-MEF |
| | ) | |
| SALLEY WHALEY HOGAN | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on December 8, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Salley Whaley Hogan to forfeit the following firearm:

> One North American Arms .22 Revolver (Derringer), Serial Number D72017.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Salley Whaley Hogan had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the government's Motion for Final Order of Forfeiture (Doc. #51) filed on June 26, 2007 is GRANTED.

2. The following firearm is hereby forfeited to the United States pursuant to Title 18, United

States Code, Section 924 and Title 28, United States Code, Section 2461(c):

>One North American Arms .22 Revolver (Derringer), Serial Number D72017.

3. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

DONE this the 10th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE